FILED

2009 Mar-05  PM 04:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHNSON POWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:08-cv-1173-JHH-TMP |
| | ) | |
| CHARLIE TURNER, JASON PAUL, LARRY DABBS, and TOMMY ROUNTREE, | ) ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 28, 2009, recommending that the plaintiff's claims against defendants be dismissed pursuant to 28 U.S.C. § 1915A(b). (Doc. #21).  No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED.  Accordingly, this action is due to be dismissed with prejudice pursuant to 28 U.S.C. § 1915A(b).  A Final Judgment will be entered.

**DONE** this the ___5th___ day of March, 2009.

_____
SENIOR UNITED STATES DISTRICT JUDGE