IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHNSON POWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:08-cv-01173-JHH-TMP |
| ) | |
| CHARLIE TURNER, JASON PAUL, LARRY ) | |
| DABBS, and TOMMY ROUNTREE, ) | |
| ) | |
| Defendants. ) | |

CORRECTIVE MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 28, 2009, recommending that the plaintiff's claims against defendant Blount County District Attorney Tommy Rountree be DISMISSED WITH PREJUDICE, and that plaintiff's claims defendants Blount County Deputy Sheriff Charlie Turner, Blount County Deputy Sheriff Jason Paul, and Investigator Larry Dabbs be DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. Section 1915A(b)(1) and (2).  (Doc. #21).  No objections were filed by any party.

The magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED.  Accordingly, the plaintiff's claims against defendant Blount County District Attorney Tommy Rountree are due to be DISMISSED WITH PREJUDICE, and that plaintiff's claims defendants Blount County Deputy Sheriff Charlie Turner, Blount County Deputy Sheriff Jason Paul, and Investigator Larry Dabbs are due to be DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. Section 1915A(b)(1) and (2).

This court's Memorandum of Opinion and Final Judgment entered March 5, 2009 (Docs. #22 & 23)dismissing all of the plaintiff's claims with prejudice are hereby **VACATED**.  Accordingly,

the plaintiff's Motion for Corrective Order (Doc. #24), is GRANTED. An Amended Final Judgment will be entered.

**DONE** this the ___3rd___ day of April, 2009.

*[signature: James H. Hancock]*
SENIOR UNITED STATES DISTRICT JUDGE